IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MERCEDES HAYES,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and J C PENNEY
CORPORATION INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4075

Opinion filed November 12, 2014.

An appeal from an order of the Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

Mercedes Hayes, pro se, Appellant.

Norman A. Blessing, General Counsel, and Louis A. Gutierrez, Assistant Court
Chief, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.

BENTON, ROBERTS, and RAY, JJ., CONCUR.